(TAG) Garcia v. Target Corporation, et al.                                                    Doc. 12

Case 1:07-cv-00013-OWW-NEW    Document 12    Filed 01/10/2007    Page 1 of 1

1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10
ANNIE GARCIA,                          )    **Old Case No. 1:07cv0013 OWW DLB**
11                                      )    **New Case No. 1:07cv0013 OWW LJO**
                                        )
12                                      )    ORDER DISQUALIFYING
                                        )    MAGISTRATE JUDGE
13            Plaintiff,                )
                                        )
14        vs.                           )
                                        )
15   TARGET CORPORATION, et al.,        )
                                        )
16                                      )
             Defendants.                )
17   _____)

18        Good cause appearing, the undersigned disqualifies himself from all proceedings of

19   the present action.  The Clerk of the Court has reassigned this action to the docket of a

20   different Magistrate Judge.  The new case number shall be **1:07cv0013 OWW LJO**.  All

21   future pleadings shall be so numbered.

22

23        IT IS SO ORDERED.

24        **Dated:    January 8, 2007          _____/s/ Dennis L. Beck_____**
     3b142a                                    UNITED STATES MAGISTRATE JUDGE
25

26

27

28                                          1