Aaron A. Roblan (State Bar No. 244308)
Frank Birchfield (State Bar No. 196434)
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599

Attorneys for Defendant Target Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION and DOES 1-50,<br><br>        Defendants. | Case No. 1:07-CV-00013 TAG<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE TO**<br><br>**DATE:     DECEMBER 4, 2007**<br>**TIME:      10:00 am**<br>**JUDGE:  Judge Gary S. Austin** |

By Order of the Court, dated May 23, 2007, a Settlement Conference was scheduled in this matter and is currently to be held on November 1, 2007 before Magistrate Judge Sandra M. Snyder.  By that same Order, the parties were directed to prepare and submit Confidential Settlement Conference Statements no later than October 25, 2007.

Due to Plaintiff's Counsel's trial schedule, Plaintiff's personal and work-related commitments and Defendant's Counsel's trial and hearing schedules, Plaintiff's deposition will not be completed prior to November 1, 2007.  The parties agree that Plaintiff's deposition should be taken in advance of any attempts to resolve this matter.  The parties further agree that Plaintiff's

1

Error! Unknown document property

PDF created with pdfFactory trial version www.pdffactory.com

deposition will be critical to formulation of their respective Settlement Conference Statements.  In order to ensure that Plaintiff's deposition is taken prior to the Settlement Conference, it is hereby stipulated and agreed by and between the parties, through their respective counsel, to continue the Settlement Conference dates as follows:

1. The Settlement Conference currently scheduled for November 1, 2007, shall be continued until December 4, 2007, or such other date as may be ordered by the court after December 4, 2007 – **set before Judge Austin, December 4, 2007 in Courtroom #10 at 10:00a.m.**;

2. The deadline for preparation and submission of Settlement Conference Statements currently scheduled for October 25, 2007, shall be continued until November 27, 2007, or such other date seven days before the date of the Settlement Conference, as ordered by the Court;

3. No other dates stated in the Court's prior scheduling orders shall be affected by the instant Stipulation and Order.

IT IS SO STIPULATED.

DATED October 19, 2007.

WAGNER & JONES

By:   /S/  Christine A. Adams
Christine A. Adams

DAVIS WRIGHT TREMAINE LLP

By:   /S/  Aaron A. Roblan
Aaron A. Roblan

The above Stipulation and Order Modifying date for the Settlement Conference in this matter is hereby adopted and approved by the Court.  The parties are ordered to comply with this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   10/17/2007          /s/ Sandra M. Snyder
The Honorable Sandra M. Snyder
Magistrate Judge of the U.S. District Court
Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com