Aaron A. Roblan (State Bar No. 244308)
Frank Birchfield (State Bar No. 196434)
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:     (415) 276-6599

Attorneys for Defendant Target Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION and DOES 1-50,<br><br>　　　　Defendants. | Case No. 1:07-cv-00013-TAG<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE TO DECEMBER 12, 2007**<br><br>**Doc. 23** |

　　　　By Order of the Court, dated October 17, 2007, a Settlement Conference was scheduled in this matter and is currently to be held on December 4, 2007 before Judge Gary S. Austin.  By that same Order, the parties were directed to prepare and submit Confidential Settlement Conference Statements no later than November 27, 2007.

　　　　The parties are currently engaged in informal discussions in an attempt to resolve the present matter.  It is believed that additional time may result in disposition of this matter without the need to expend the resources of the Court.  Accordingly, it is hereby stipulated and agreed by and between the parties, through their respective counsel, to continue the Settlement Conference dates as follows:

Error! Unknown document property

PDF created with pdfFactory trial version www.pdffactory.com

1. The Settlement Conference currently scheduled for December 4, 2007, shall be continued until December 12, 2007, or such other date as may be ordered by the court after December 12, 2007;

2. The deadline for preparation and submission of Settlement Conference Statements currently scheduled for November 27, 2007, shall be continued until December 5, 2007, or such other date seven days before the date of the Settlement Conference, as ordered by the Court;

3. No other dates stated in the Court's prior scheduling orders shall be affected by the instant Stipulation and Order.

IT IS SO STIPULATED.

DATED November 29, 2007.

WAGNER & JONES

By: ___/S/__ *Christine A. Adams*_____
Christine A. Adams

DAVIS WRIGHT TREMAINE LLP

By: ___/S/___ *Aaron A. Roblan*_____
Aaron A. Roblan

The above Stipulation and Order Modifying date for the Settlement Conference in this matter is hereby adopted and approved by the Court nunc pro tunc. The parties are ordered to comply with this Order.

**IT IS SO ORDERED.**

**November 28, 2007**                         **Gary S. Austin**
                                              **The Honorable Gary S. Austin**
                                              **United States Magistrate Judge**