IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>    Defendants.<br>_____/ | Case No. 1:07-cv-0013 TAG<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER (Doc. 31) |

### BACKGROUND

On November 15, 2006, plaintiff Annie Garcia ("Plaintiff"), through counsel, initiated this matter in Fresno County Superior Court alleging that she had been an employee of Target Corporation ("Defendant") from May 1998 through June 2005, during which time Defendant engaged in multiple violations of the California Labor Code and related state laws. (See Doc. 2, pp. 7-14). Plaintiff further alleged that Defendant terminated her as retaliation for her complaints to the California Labor Commissioner concerning Defendant's unlawful labor practices. (See Doc. 2, pp. 14-18). On January 3, 2007, Defendant removed Plaintiff's action to the Federal District Court based on diversity jurisdiction, 28 U.S.C. § 1332. (Doc. 1). On May 9, 2007, during a mandatory scheduling conference, the parties consented that the case be assigned to the Magistrate Judge for all purposes, pursuant to 28 U.S.C. § 636(B) and Local Rule 72-302(c). (Doc. 18).

On January 11, 2008, Plaintiff's counsel filed a motion to withdraw as her attorneys of record. (Doc. 26). The attorneys contended Plaintiff and they could not agree on the appropriate method to proceed with the lawsuit, despite the attorneys' several and various attempts to have

Plaintiff execute a Substitution of Attorney form, Plaintiff had not responded to their requests. (Doc. 27). Accordingly, the attorneys only recourse was to move to withdraw with leave of court. (Id.). The Magistrate Judge granted the attorneys' motion to withdraw as Plaintiff's attorneys of record on March 5, 20008, including in the fourth paragraph of the order that Plaintiff file a Notice of Appearance in propria persona or by her new attorney within 30 days – on or before April 4, 2008. (Doc. 31). The March 5, 2008 order further stated that "**Plaintiff is forewarned that failure to comply with Paragraph 4 of this Order will result in a dismissal of this action.**" (Id., p. 3).

      To date, Plaintiff has not filed a Notice of Appearance as mandated in the March 5, 2008, order. Plaintiff is DIRECTED to appear personally before Magistrate Judge Theresa Goldner and show cause as to why she has failed to file a Notice of Appearance at 10:00 a.m. on Monday, June 2, 2008 at 1300 18th Street, Suite A, Bakersfield, California. If Plaintiff files a Notice of Appearance on or before May 27, 2008, this Order to Show Cause will be vacated.

**Plaintiff is forewarned that failure to timely comply with this order will result in an order dismissing this action.**

IT IS SO ORDERED.

Dated: **May 14, 2008**                                    /s/ Theresa A. Goldner
                                                                               UNITED STATES MAGISTRATE JUDGE